THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
In the Matter of the Care and Treatment of William O. Deans,
Appellant.
 
 
 

Appeal From Anderson County
 J. Cordell Maddox, Jr., Circuit Court Judge

Unpublished Opinion No. 2007-UP-162
Submitted April 2, 2007  Filed April 5, 2007

AFFIRMED

 
 
 
James M. Cox, Jr., of Williamston, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Attorney General Deborah R.J. Shupe, and Assistant Attorney General R. Westmoreland Clarkson, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  This appeal arises from an Order of Commitment finding William Deans should be committed to the Department of Mental Health as a sexually violent predator.  The court denied several pro se motions filed by Deans.  Additionally, the court found the State proved beyond a reasonable doubt that Deans is a sexually violent predator as defined in sections 44-48-90 and -100 of the South Carolina Code (2002).  
On appeal, counsel for appellant has filed a final brief along with a petition to be relieved as counsel.  Appellant has filed a pro se response.  After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967), and In re McCoy, 360 S.C. 425, 602 S.E.2d 58 (2004), we affirm[1] the circuit courts ruling and grant counsels petition to be relieved.
AFFIRMED.
HEARN, C.J., and GOOLSBY and STILWELL, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.